# EXHIBIT 1

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 1 | A Tribe Called Quest | Award Tour | Kroger | SR0000309620 | https://www.youtube.com/watch?v=Z45vZSLrGJY |
| 2 | Air Supply | Making Love Out of Nothing At All | krogerdfw | SR0000047179 | https://www.instagram.com/stories/krogerdfw/3850836345757728290 |
| 3 | Air Supply | Making Love Out of Nothing At All | krogerdfw | SR0000047179 | https://www.instagram.com/p/DVulIS7DSrQ/ |
| 4 | Air Supply | The One That You Love | krogerdfw | SR0000027866 | https://www.instagram.com/stories/krogerdfw/3855934337871349810 |
| 5 | all good | Mother | marianosmarket | SR0000965176 | https://www.instagram.com/p/CsHfv1lMw5Z |
| 6 | Amerie | 1 Thing | rulerfoods | SR0000347393 | https://www.instagram.com/p/ChSl88ugOVg |
| 7 | Amerie | 1 Thing | murrayscheese | SR0000347393 | https://www.instagram.com/p/CjyYmGXJJRl |
| 8 | Andy Williams | It's the Most Wonderful Time of the Year | krogerdfw | Pre-1972 | https://www.instagram.com/p/Ck8-iCTpx60 |
| 9 | Andy Williams | It's the Most Wonderful Time of the Year | krogerdfw | Pre-1972 | https://www.instagram.com/p/Ck9qk__Ic98/ |
| 10 | Andy Williams | It's The Most Wonderful Time of the Year | rulerfoods | Pre-1972 | https://www.instagram.com/p/Cljpw8ggiaV |
| 11 | Andy Williams | It's the Most Wonderful Time of the Year | murrayscheese | Pre-1972 | https://www.instagram.com/p/DAqwoQ_xcTM |
| 12 | Andy Williams | It's the Most Wonderful Time of the Year | fredmeyerjewelers | Pre-1972 | https://www.facebook.com/fredmeyerjewelers/videos/458668783694068/ |
| 13 | Andy Williams | It's the Most Wonderful Time of the Year | marianosmarket | Pre-1972 | https://www.instagram.com/stories/marianosmarket/3780407290416294030 |
| 14 | Andy Williams & The Royal Philharmonic Orchestra | It's the Most Wonderful Time of the Year | marianosmarket | Pre-1972 | https://www.instagram.com/p/CmaUEEOKBoz |
| 15 | Andy Williams & The Royal Philharmonic Orchestra | It's the Most Wonderful Time of the Year | murrayscheese | Pre-1972 | https://www.instagram.com/p/C1Ft6znxZQu |
| 16 | Arcade Fire | Electric Blue | picknsavestores | SR0000809858 | https://www.instagram.com/stories/picknsavestores/3907802431292615369 |
| 17 | Artie Shaw & His Orchestra | Begin the Beguine | murrayscheese | Pre-1972 | https://www.facebook.com/reel/875668084008069 |
| 18 | Artie Shaw & His Orchestra | Frenesi | murrayscheese | Pre-1972 | https://www.instagram.com/p/CyywSoJRq1W |
| 19 | Artie Shaw & His Orchestra | I Can't Believe That You're in Love With Me | murrayscheese | Pre-1972 | https://www.instagram.com/p/CxbSRtgRRa7 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 20 | Artie Shaw & His Orchestra | It Had to be You | murrayscheese | Pre-1972 | https://www.instagram.com/p/C2SxjzRxtQk |
| 21 | Artie Shaw & His Orchestra;Helen Forrest | Deep In A Dream | murrayscheese | Pre-1972 | https://www.instagram.com/p/C1pv-clxdh9 |
| 22 | Badger & Natasha Bedingfield | These Words | murrayscheese | SR0000988331 | https://www.instagram.com/p/C6JqKzCLIH3 |
| 23 | Bakar | Hell N Back | vitacost.com | SR0000960465 | https://www.tiktok.com/@vitacost.com/video/7374110038685699358 |
| 24 | Bakar | Hell N Back (Sped Up) | murrayscheese | SR0000960465 | https://www.tiktok.com/@murrayscheese/video/7358589217502547246 |
| 25 | Bakar | Hell N Back (Sped Up) | murrayscheese | SR0000960465 | https://www.tiktok.com/@murrayscheese/video/7358586174069427499 |
| 26 | Bakar feat. Summer Walker | Hell N Back | vitacost | SR0000960465 | https://www.instagram.com/p/DAGeOrNghjC |
| 27 | Bakar feat. Summer Walker | Hell N Back | kroger | SR0000960465 | https://www.tiktok.com/@kroger/video/7367464355769879854 |
| 28 | Beyoncé | BREAK MY SOUL | marianosmarket | SR0000939176 | https://www.instagram.com/p/DF1FZ8oP1F3 |
| 29 | Beyoncé | CUFF IT (INSTRUMENTAL VERSION) | marianosmarket | SR0000937134 | https://www.instagram.com/stories/marianosmarket/3637626998303411192 |
| 30 | Beyoncé | CUFF IT (INSTRUMENTAL VERSION) | marianosmarket | SR0000937134 | https://www.instagram.com/stories/marianosmarket/3678271009539839685 |
| 31 | Beyoncé | CUFF IT (INSTRUMENTAL VERSION) | marianosmarket | SR0000937134 | https://www.instagram.com/stories/marianosmarket/3678269503189234607 |
| 32 | Beyoncé | Love Drought | murrayscheese | PA0002044523 | https://www.tiktok.com/@murrayscheese/video/7280618937102896426 |
| 33 | Beyoncé | MY HOUSE | marianosmarket | SR0000992482 | https://www.instagram.com/p/DNJ7xjlRkkD |
| 34 | Beyoncé | Ring The Alarm | marianosmarket | SR0000395861 | https://www.instagram.com/p/DMwDmJ9vrqe/ |
| 35 | Beyoncé | Single Ladies (Put a Ring on It) | fredmeyersjewelers | SR0000723765 | https://www.tiktok.com/@fmj_fredmeyerjewelers/video/7379314777417387294 |
| 36 | Beyoncé | SUMMER RENAISSANCE | murrayscheese | SR0000937134 | https://www.instagram.com/p/ChcckGHgE-a |
| 37 | Beyoncé | TEXAS HOLD 'EM | murrayscheesebar | SR0001046417 | https://www.instagram.com/p/C3-gdclu-kt/ |
| 38 | Bill Withers | Lovely Day | kroger | RE0000923171 | https://www.youtube.com/watch?v=Z45vZSLrGJY |
| 39 | Bill Withers | Lovely Day | murrayscheesebar | RE0000923171 | https://www.instagram.com/p/CgQB9u_jhdl/ |
| 40 | Bill Withers | Lovely Day | murrayscheese | RE0000923171 | https://www.instagram.com/p/Cq3zClEgz0N |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 41 | Bill Withers | Lovely Day | rulerfoods | RE0000923171 | https://www.instagram.com/p/Cue4CuTPe77 |
| 42 | Bill Withers | Lovely Day | murrayscheese | RE0000923171 | https://www.instagram.com/stories/highlights/17917812380849978 |
| 43 | Bill Withers | Lovely Day | rulerfoods | RE0000923171 | https://www.instagram.com/p/C6Y8-AFNUxq |
| 44 | Bill Withers | Lovely Day | marianosmarket | RE0000923171 | https://www.instagram.com/stories/marianosmarket/3676033674135788932 |
| 45 | Bill Withers | Lovely Day | mymetromarket | RE0000923171 | https://www.instagram.com/stories/highlights/18074454889824916 |
| 46 | Bill Withers | Lovely Day | murraysmac | RE0000923171 | https://www.instagram.com/p/Cq3zClEgz0N |
| 47 | Billy Joel | Piano Man | murrayscheese | N11702 | https://www.tiktok.com/@murrayscheese/video/7579416544309038367 |
| 48 | Billy Joel | Uptown Girl | marianosmarket | SR0000047532 | https://www.instagram.com/p/DRNvpkej_aq |
| 49 | Billy Joel | Vienna | murrayscheese | RE0000927434 | https://www.instagram.com/stories/murrayscheese/3962046364758677362/ |
| 50 | Boney M. | Rasputin | rulerfoods | SR0000940784 | https://www.instagram.com/p/CpgE4tRAUX4/ |
| 51 | Boney M. | Rasputin | marianosmarket | SR0000940784 | https://www.instagram.com/p/CkuQ5fxjGL1 |
| 52 | Boney M. | Rasputin | rulerfoods | SR0000940784 | https://www.facebook.com/reel/163999059785322 |
| 53 | Boney M. | Rasputin | murrayscheese | SR0000940784 | https://www.tiktok.com/@murrayscheese/video/7233213275205405995 |
| 54 | Boney M. | Sunny | murrayscheese | SR0000940784 | https://www.instagram.com/p/CsuHnbxpxBN |
| 55 | Boney M. | Sunny | marianosmarket | SR0000940784 | https://www.instagram.com/p/C-EH45rMn18 |
| 56 | Boney M., R3HAB | Sunny - Single | marianosmarket | SR0000940784 | https://www.instagram.com/p/DXHjADLCm-s/ |
| 57 | Bossman Dlow | Come Here (feat. Sexyy Red) | krogerco | SR0001002787 | https://www.instagram.com/p/DA0wVI0uVAt |
| 58 | Boston | More Than A Feeling | krogerdfw | RE0000905510 (N36703) | https://www.instagram.com/p/DXaEFMICWWy/ |
| 59 | Boston | Foreplay / Long Time | krogerdfw | RE0000905510 (N36703) | https://www.instagram.com/stories/krogerdfw/3905958675961770238 |
| 60 | Britney Spears | Gimme More | murrayscheese | SR0000300858 | https://www.instagram.com/p/Chabj-tJPKc/ |
| 61 | Britney Spears | Gimme More | murrayscheese | SR0000609441 | https://www.tiktok.com/@murrayscheese/video/7285155318139571502 |
| 62 | Britney Spears | Oops!...I Did It Again | realhomechef | SR0000609441 | https://www.instagram.com/stories/realhomechef/3743463730743171244 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 63 | Britney Spears | (You Drive Me) Crazy - The Stop Remix! | realhomechef | SR0000285667 | https://www.instagram.com/stories/realhomechef/3901309163225097226 |
| 64 | Bruce Springsteen | Born in the U.S.A. | krogerdfw | SR0000055647 | https://www.instagram.com/stories/krogerdfw/3905058831540952238 |
| 65 | Busta Rhymes & Mariah Carey | I Know What You Want | marianosmarket | SR0000323567 | https://www.instagram.com/p/CxWdsnOrSL6 |
| 66 | C+C Music Factory | Gonna Make You Sweat (Everybody Dance Now) | fredmeyerjewelers | SR0000795494 | https://www.tiktok.com/@fmj_fredmeyerjewelers/video/7345183982973177130 |
| 67 | C+C Music Factory | Gonna Make You Sweat (Everybody Dance Now) | fredmeyerjewelers | SR0000795494 | https://www.facebook.com/fredmeyerjewelers/videos/532739049724724/ |
| 68 | Calvin Harris | Feel So Close - Radio Edit | rulerfoodsofficial | SR0000683853 | https://www.tiktok.com/@rulerfoodsofficial/video/7345280243898371371 |
| 69 | Calvin Harris | One Kiss | kroger | SR0000817944 | https://www.youtube.com/watch?v=QfVNh5sIeeU |
| 70 | Calvin Harris | Summer | marianosmarket | SR0000763015 | https://www.tiktok.com/@marianosmarket/video/7247693134711262506 |
| 71 | Calvin Harris | Summer | murrayscheesebar | SR0000763015 | https://www.instagram.com/p/CuKGAZXMPMl/ |
| 72 | Calvin Harris (ft. Migos and Frank Ocean) | Slide | krogerdfw | SR0000802852 | https://www.instagram.com/stories/krogerdfw/3910625623178072225/ |
| 73 | Calvin Harris, Normani, Tinashe & Offset | New To You | murrayscheese | SR0000943223 | https://www.instagram.com/p/CjJRkinJRRQ |
| 74 | Camp Lo | Luchini - This Is It | marianosmarket | SR0000291220 | https://www.instagram.com/p/CpLEyxHDyLR |
| 75 | Cannons | Fire For You | vitacost.com | SR0000896921 | https://www.tiktok.com/@vitacost.com/video/7387401496939334942 |
| 76 | Carole King | Where You Lead | rulerfoods | Pre-1972 | https://www.instagram.com/p/CsOoeUGgUe8 |
| 77 | Cee-Lo Featuring Timbaland | I'll Be Around | marianosmarket | SR0000332335 | https://www.instagram.com/p/Caxbxr2Dcxg |
| 78 | Chalie Boy | I Look Good | fredmeyerjewelers | SR0000818242 | https://www.instagram.com/p/Cql3SheAYxQ |
| 79 | Cheryl Lynn | Got To Be Real | marianosmarket | SR0000003607 | https://www.instagram.com/p/CqByCmUjJaS |
| 80 | Cheryl Lynn | Got To Be Real | rulerfoods | SR0000003607 | https://www.instagram.com/p/CqJRyFLgZts |
| 81 | Cheryl Lynn | Got To Be Real | murrayscheese | SR0000003607 | http://www.instagram.com/p/DYhXd3UOYST |
| 82 | Chris Brown | New Flame (feat. Usher & Rick Ross) | murrayscheese | SR0000760917 | https://www.tiktok.com/@murrayscheese/video/7507712921896570143 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 83 | Chris Brown feat. Lil' Wayne | Gimme That Remix | krogerdfw | SR0000737738 | https://www.instagram.com/p/DNrMLmqXiN- |
| 84 | Christina Aguilera | What a Girl Wants | krogerdfw | SR0000274004 | https://www.instagram.com/p/DP12fZ8AaKC |
| 85 | Christina Aguilera | What A Girl Wants (Eddie Arroyo Dance Radio Edit) | Vitacost.com | SR0000274004 | https://www.youtube.com/watch?v=NWzt3weP6cc |
| 86 | Ciara | Goodies (No Rap) | marianosmarket | SR0000360507 | https://www.instagram.com/stories/marianosmarket/3765459119726508322 |
| 87 | Crazy Music Channel | Chicken Banana | krogerdfw | Covered by the Berne Convention. | https://www.instagram.com/p/DIhBqA6Od84 |
| 88 | Daryl Hall & John Oates | You Make My Dreams (Come True) | murrayscheese | SR0000021276 | https://www.instagram.com/p/CnpB_9qJq1z/ |
| 89 | Daryl Hall & John Oates | I Can't Go for That (No Can Do) | marianosmarket | SR0000996435 | https://www.instagram.com/p/Cq_t3gnsamJ |
| 90 | Depeche Mode | Just Can't Get Enough | fredmeyerjewelers | SR0000033212 | https://www.instagram.com/p/DF8fQZNSRFL |
| 91 | Depeche Mode | Just Can't Get Enough | murrayscheese | SR0000033212 | https://www.instagram.com/stories/murrayscheese/3810833751463835692 |
| 92 | Depeche Mode | Just Can't Get Enough | marianosmarket | SR0000033212 | https://www.instagram.com/stories/highlights/18104358886904694/ |
| 93 | Depeche Mode | Just Can't Get Enough | marianosmarket | SR0000033212 | https://www.instagram.com/stories/marianosmarket/3921173348180910828 |
| 94 | Disco Lines | Baby Girl | rulerfoods | SR0000943144 | https://www.instagram.com/p/CiK09vdAinW |
| 95 | DJ ESCO feat. Future & Lil Uzi Vert | Too Much Sauce | realhomechef | SR0000799979 | https://www.instagram.com/stories/realhomechef/3834647819818551420 |
| 96 | DJ Jazzy Jeff & The Fresh Prince | Summertime | marianosmarket | SR0000132343 | https://www.instagram.com/p/Ct0H98tu-8L |
| 97 | DJ Jazzy Jeff & The Fresh Prince | Summertime | metromarket | SR0000132343 | https://www.facebook.com/reel/1691006828306323 |
| 98 | DJ Jazzy Jeff & The Fresh Prince | Summertime | murrayscheese | SR0000132343 | https://www.instagram.com/stories/murrayscheese/3637668631536000749 |
| 99 | DJ Snake & Lil Jon | Turn Down for What | kroger | SR0000773267 | https://www.tiktok.com/@kroger/video/6968453602364935429 |
| 100 | Doja Cat | Boss Bitch | kroger | SR0000874384 | https://www.tiktok.com/@kroger/video/7381490720676318494 |
| 101 | Doja Cat | Get Into It (Yuh) | kymjacksonsmith | SR0000907399 | https://www.tiktok.com/@kymjacksonsmith/video/7084262929746464043 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 102 | Doja Cat | Paint The Town Red | marianosmarket | SR0000980021 | https://www.instagram.com/p/CxtzjDWLMwq |
| 103 | Doja Cat | Paint The Town Red | murrayscheese | SR0000980021 | https://www.instagram.com/p/CyoWPUlRODo |
| 104 | Doja Cat | Paint The Town Red - Instrumental; Paint The Town Red | rulerfoods | SR0000980021 | https://www.instagram.com/p/C3InVOrN8MZ/ |
| 105 | Doja Cat | Woman | marianosmarket | SR0000907399 | https://www.instagram.com/stories/marianosmarket/3860668723565085957 |
| 106 | Donell Jones | U Know What's Up | kroger | PA0001280927 | https://www.youtube.com/watch?v=YOgXl5TKBU8 |
| 107 | Donell Jones | U Know What's Up | kroger | PA0001280927 | https://www.facebook.com/reel/1102366681793350 |
| 108 | Donovan | Mellow Yellow | fredmeyerjewelers | Pre-1972 | https://www.instagram.com/p/DLBSf_-yyH- |
| 109 | Earth, Wind & Fire | Let's Groove | mariano's | SR0000031765 | https://www.facebook.com/reel/1318830406029073 |
| 110 | Earth, Wind & Fire | September | marianosmarket | SR0000004975 | https://www.instagram.com/p/CiJRPl6jkPw |
| 111 | Earth, Wind & Fire | September | murrayscheese | SR0000004975 | https://www.instagram.com/p/CiLntT3AxQP |
| 112 | Earth, Wind & Fire | September | kroger | SR0000004975 | https://www.tiktok.com/@kroger/video/7212380298737225003 |
| 113 | Earth, Wind & Fire | September | marianosmarket | SR0000004975 | https://www.instagram.com/p/CwvxXG6LcaM |
| 114 | Earth, Wind & Fire | September | murrayscheese | SR0000004975 | https://www.instagram.com/p/Cw8c4_jRJjw |
| 115 | Earth, Wind & Fire | September | marianosmarket | SR0000004975 | https://www.instagram.com/p/CxIs0FWOyjZ |
| 116 | Earth, Wind & Fire | September | murrayscheesebar | SR0000004975 | https://www.instagram.com/p/CxgOYdZPl4u/ |
| 117 | Earth, Wind & Fire | September | kroger | SR0000004975 | https://www.facebook.com/reel/1504343747645601 |
| 118 | Earth, Wind & Fire | September | marianosmarket | SR0000004975 | https://www.instagram.com/stories/marianosmarket/3727521949183587497 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 119 | Earth, Wind & Fire | Let's Groove (Instrumental) | murrayscheese | SR0000031765 | https://www.instagram.com/stories/murrayscheese/ |
| 120 | Earth, Wind & Fire | Let's Groove | krogerdfw | SR0000031765 | https://www.instagram.com/p/DYM2S1-x8oI/ |
| 121 | Ella Langley & Riley Green | you look like you love me | Vitacost | SR0001009159 | http://www.instagram.com/p/DBAFoOYMt6Q |
| 122 | Elley Duhé | MIDDLE OF THE NIGHT | krogerdfw | SR0000989395 | https://www.instagram.com/p/Cl9eSmiu6aO |
| 123 | Elvis Presley & The Royal Philharmonic Orchestra | Burning Love (with The Royal Philharmonic Orchestra) | krogerco | SR0000788084 | https://www.instagram.com/p/DEKseipuMgr |
| 124 | Eric Carmen | Hungry Eyes | marianosmarket | SR0000714763 | https://www.instagram.com/p/CeuV1BXDk7v/ |
| 125 | Europe | The Final Countdown | fredmeyerjewelers | SR0000076395 | https://www.facebook.com/fredmeyerjewelers/videos/620804120560472/ |
| 126 | Eurythmics | Sweet Dreams (Are Made of This) | 84.51 | SR0000046186 | https://www.instagram.com/p/CtenR_OroS1 |
| 127 | Eurythmics, Annie Lennox, Dave Stewart | Sweet Dreams (Are Made of This) | rulerfoods | SR0000046186 | https://www.instagram.com/p/CupLNjcv76w |
| 128 | Florian Christl | Natural | mymetromarket | Covered by the Berne Convention. | https://www.instagram.com/p/DIUwtzcPxsU |
| 129 | Florian Christl | Natural | mybizzykitchen | Covered by the Berne Convention. | https://www.instagram.com/p/DIUwtzcPxsU |
| 130 | Florian Christl | Natural | marianos market | Covered by the Berne Convention. | https://www.instagram.com/p/DIUwtzcPxsU |
| 131 | Freddie Scott | (You) Got What I Need | marianosmarket | Pre-1972 | https://www.instagram.com/p/CsrmHKBtf3B |
| 132 | Freedom Williams; C & C Music Factory | Gonna Make You Sweat (Everybody Dance Now) (feat. Freedom Williams) | fredmeyerjewelers | SR0000795494 | https://www.instagram.com/p/C4YjqGBvnUc/ |
| 133 | Gene Autry | Rudolph the Red-Nosed Reindeer | kroger | Pre-1972 | https://www.tiktok.com/@kroger/video/7044159374218251566 |
| 134 | girl in red | we fell in love in october | marianosmarket | Covered by the Berne Convention. | https://www.tiktok.com/@marianosmarket/video/7293265449209548078 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 135 | girl in red | we fell in love in october | vitacost.com | Covered by the Berne Convention. | https://www.tiktok.com/@vitacost.com/video/7424134136513842462 |
| 136 | Glenn Miller | Falling Leaves | murrayscheesebar | Pre-1972 | https://www.instagram.com/p/Cz6onTduaXb/ |
| 137 | Glenn Miller | In The Mood | krogerco | Pre-1972 | https://www.instagram.com/p/DGO9lVYx-B2/ |
| 138 | Glenn Miller | In The Mood | mariano's | Pre-1972 | https://www.facebook.com/reel/916088230361553 |
| 139 | Glenn Miller | Every Day's A Holiday | murrayscheese | Pre-1972 | https://www.instagram.com/p/DDzvCYIRxv_/ |
| 140 | Glenn Miller | Every Day's A Holiday | krogerco | Pre-1972 | https://www.instagram.com/p/DEVhvSjvkCh |
| 141 | Glenn Miller | Every Day's A Holiday | fredmeyerjewelers | Pre-1972 | https://www.instagram.com/p/DIzo_dAzynx |
| 142 | Glenn Miller | Every Day's A Holiday | fredmeyerjewelers | Pre-1972 | https://www.tiktok.com/@fred.meyer.jewelers/video/7497124192840699178 |
| 143 | Glenn Miller & His Orchestra | In the Mood | murrayscheese | Pre-1972 | https://www.instagram.com/p/C1VC0DfRM35 |
| 144 | Glenn Miller & His Orchestra | Moonlight Serenade | murrayscheese | Pre-1972 | https://www.instagram.com/p/Cz69HVMPWxM |
| 145 | Glenn Miller; Glenn Miller Orchestra | In the Mood - Live at Carnegie Hall, NYC, NY - 10/6/1939 | murrayscheese | Pre-1972 | https://www.tiktok.com/@murrayscheese/video/7283298626330185006 |
| 146 | Glenn Miller; Glenn Miller Orchestra | In the Mood - Live at Carnegie Hall, NYC, NY - 10/6/1939 | krogerdfw | Pre-1972 | https://www.instagram.com/p/Cz4evHWuJy6/ |
| 147 | Glenn Miller; Glenn Miller Orchestra | In the Mood - Live at Carnegie Hall, NYC, NY - 10/6/1939 | kroger | Pre-1972 | https://www.tiktok.com/@kroger/video/7535906573877628173 |
| 148 | Goya Menor & Nektunez | Ameno Amapiano Remix (You Wanna Bamba) | kroger | SR0000925478 | https://www.tiktok.com/@kroger/video/7044572985839226159 |
| 149 | H.E.R. | As I Am | marianosmarket | SR0000828256 | https://www.instagram.com/p/CanXe2tDSjR |
| 150 | Harry Belafonte | Jump in the Line | murrayscheese | Pre-1972 | https://www.instagram.com/p/DbBpFCihZsC/ |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 151 | Harry Styles | Adore You | marianosmarket | SR0000883188 | https://www.facebook.com/marianosmarket/videos/919783503643362/ |
| 152 | Harry Styles | Adore You | mymetromarket | SR0000883188 | https://www.instagram.com/stories/highlights/17970329270718021 |
| 153 | Harry Styles | As It Was | murrayscheese | SR0000935291 | https://www.instagram.com/p/CeCZPk6gdC1 |
| 154 | Harry Styles | As It Was | marianosmarket | SR0000935291 | https://www.instagram.com/p/C1slriGP3DH |
| 155 | Harry Styles | Golden | murrayscheese | SR0000883191 | https://www.instagram.com/p/CfO1bnXAdG- |
| 156 | Harry Styles | Golden | mymetromarket | SR0000883191 | https://www.instagram.com/stories/highlights/17970329270718021 |
| 157 | Harry Styles | Golden | krogerdfw | SR0000883191 | https://www.instagram.com/p/DOY0ZQiDkjF |
| 158 | Harry Styles | Golden | picknsavestores | SR0000883191 | https://www.instagram.com/stories/picknsavestores/3740412180907806999 |
| 159 | Harry Styles | Music For a Sushi Restaurant | marianosmarket | SR0000937070 | https://www.instagram.com/p/Ch7ip_hj6lL |
| 160 | Harry Styles | Music For a Sushi Restaurant | rulerfoods | SR0000937070 | https://www.instagram.com/p/CifSrD1gByd |
| 161 | Harry Styles | Music For a Sushi Restaurant | marianosmarket | SR0000937070 | https://www.instagram.com/stories/highlights/17886520638371151/ |
| 162 | Harry Styles | Watermelon Sugar | krogerdfw | SR0000861992 | https://www.instagram.com/p/CtM_xN7sItu |
| 163 | Harry Styles | Watermelon Sugar | Vitacost | SR0000861992 | https://www.instagram.com/p/CuqN5hLAUYc |
| 164 | Harry Styles | Watermelon Sugar | marianosmarket | SR0000861992 | https://www.instagram.com/p/CvfrjTattZc |
| 165 | Harry Styles | Fine Line | murrayscheese | SR0000883191 | https://www.tiktok.com/@murrayscheese/video/7652405332622249246 |
| 166 | Harry Styles | Golden | marianosmarket | SR0000883191 | https://www.instagram.com/stories/marianosmarket/3921172979359005358 |
| 167 | Harry Styles | Pop | mymetromarket | Registration pending. | https://www.instagram.com/stories/mymetromarket/3851459811380142251 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 168 | Harry Styles | Ready, Steady, Go! | marianosmarket | Registration pending. | https://www.instagram.com/marianosmarket/?show_story_unavailable=1 |
| 169 | Henry Mancini | Lujon | realhomechef | Pre-1972 | https://www.instagram.com/p/ClAKvDghoXp |
| 170 | Henry Mancini & His Orchestra | Mambo Parisienne | marianosmarket | Pre-1972 | https://www.instagram.com/stories/marianosmarket/3906344057152850786 |
| 171 | Hozier | Too Sweet | mymetromarket | SR0000847827 | https://www.instagram.com/stories/highlights/17970329270718021 |
| 172 | Hozier | Almost (Sweet Music) | marianosmarket | SR0000998506 | https://www.instagram.com/stories/marianosmarket/3889692740250568723 |
| 173 | iann dior; 24kGoldn | Mood (feat. iann dior) | vitacost | SR0000881772 | https://www.instagram.com/p/COvU5kDJdV1/ |
| 174 | Izzy Bizu | White Tiger | murrayscheese | SR0000818266 | https://www.instagram.com/p/CgK2K4WAweS |
| 175 | Jagged Edge | Where the Party At | kroger | SR0000796998 | https://www.youtube.com/watch?v=Z45vZSLrGJY |
| 176 | Jagged Edge | Where the Party At | krogerdfw | SR0000796998 | https://www.instagram.com/p/DP9rZAMAZNO |
| 177 | Jain | Makeba | murrayscheese | SR0000830365 | https://www.tiktok.com/@murrayscheese/video/7243279467899194670 |
| 178 | Jain | Makeba | murrayscheese | SR0000830365 | https://www.tiktok.com/@murrayscheese/video/7246015253757103402 |
| 179 | Jain | Makeba | 84.51 | SR0000830365 | https://www.instagram.com/p/CttvkKnxzKX |
| 180 | Jain | Makeba | marianosmarket | SR0000830365 | https://www.tiktok.com/@marianosmarket/video/7249785175968681259 |
| 181 | Jain | Makeba | kroger | SR0000830365 | https://www.tiktok.com/@kroger/video/7250146196461833514 |
| 182 | Jain | Makeba | murrayscheese | SR0000830365 | https://www.instagram.com/p/CuXyZuGgjU3 |
| 183 | Jain | Makeba | vitacost | SR0000830365 | https://www.instagram.com/p/CuYLkOugW5d |
| 184 | Jain | Makeba | murrayscheese | SR0000830365 | https://www.tiktok.com/@murrayscheese/video/7254025586270801198 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 185 | Jain | Makeba | marianosmarket | SR0000830365 | https://www.instagram.com/p/CweHJEOKpuq |
| 186 | Jain | Makeba | kroger | SR0000830365 | https://www.tiktok.com/@kroger/video/7278803517471526187 |
| 187 | Jain | Makeba | murrayscheese | SR0000830365 | https://www.instagram.com/stories/highlights/17917812380849978 |
| 188 | Jain & Ian Asher | Makeba | vitacost.com | SR0000978992 | https://www.tiktok.com/@vitacost.com/video/7247494365768305966 |
| 189 | James Brown | Living in America | krogerdfw | SR0000070485 | https://www.instagram.com/stories/krogerdfw/3905220551665215948 |
| 190 | Johann Sebastian Bach; Yo-Yo Ma | Unaccompanied Cello Suite No. 1 in G major, BWV 1007: I. PrÃ©lude | kroger | PA0002415836 | https://www.tiktok.com/@kroger/video/7524866567797017869 |
| 191 | John Legend feat. Stevie Wonder on harmonica | What Christmas Means to Me | murrayscheese | SR0000839845 | https://www.facebook.com/murrayscheese/videos/962402452419254/ |
| 192 | Juan Gabriel | Caray | marianosmarket | SR0000060836 | https://www.instagram.com/p/CyHgh3hAV4C |
| 193 | Jungle | GOOD TIMES | murrayscheese | Covered by the Berne Convention. | https://www.instagram.com/p/C69lh87v5Jc/ |
| 194 | Jungle | GOOD TIMES | murrayscheese | Covered by the Berne Convention. | https://www.instagram.com/p/DENwr0UTxBg/ |
| 195 | Jungle feat. Channel Tres | I've Been In Love | marianosmarket | Covered by the Berne Convention. | https://www.instagram.com/p/CxgrebqP_vy/ |
| 196 | Jungle, Full Crate | Back On 74 - Full Crate Remix; Back On 74 | marianosmarket | Covered by the Berne Convention. | https://www.instagram.com/p/CxBjMyWvoBG/ |
| 197 | Jungle, Full Crate | Back On 74 - Full Crate Remix; Back On 74 | kroger | Covered by the Berne Convention. | https://www.tiktok.com/@kroger/video/7347479585766001966 |
| 198 | Jungle, Full Crate | Back On 74 - Full Crate Remix; Back On 74 | murrayscheese | Covered by the Berne Convention. | https://www.instagram.com/p/C5B9HhWx8lo/ |
| 199 | Jungle, Full Crate | Back On 74 - Full Crate Remix; Back On 74 | murrayscheese | Covered by the Berne Convention. | https://www.instagram.com/p/C539hAYxW1-/ |
| 200 | Justin Timberlake | Suit & Tie | kroger | SR0000714855 | https://www.youtube.com/watch?v=Z45vZSLrGJY |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 201 | Justin Timberlake | Summer Love | kroger | SR0000395943 | https://www.youtube.com/watch?v=Z45vZSLrGJY |
| 202 | Justin Timberlake | Summer Love | marianosmarket | SR0000395943 | https://www.instagram.com/p/Da5wRsBOTVN/ |
| 203 | Justin Timberlake | Summer Love | flos_favorites | SR0000395943 | https://www.instagram.com/p/Da5wRsBOTVN/ |
| 204 | KAYTRANADA | Lover/Friend (Instrumental) | marianosmarket | SR0000991871 | https://www.instagram.com/p/DY3KeMxRMQz/ |
| 205 | KAYTRANADA | Spit It Out (feat. Rochelle Jordan) | marianosmarket | SR0000991871 | https://www.instagram.com/p/DJXmh4ZuAwr |
| 206 | KAYTRANADA | Spit It Out (Instrumental) | marianos | SR0001033957 | https://www.facebook.com/reel/3799753220276552/ |
| 207 | KAYTRANADA | Lover/Friend (Instrumental) | marianosmarket | SR0001033957 | http://www.instagram.com/p/DY3KeMxRMQz |
| 208 | KAYTRANADA | Taste (Instrumental) | murrayscheese | SR0000926092 | https://www.instagram.com/stories/murrayscheese/3951427838997534490?utm_source=ig_story_item_share&igsh=bjR4OGp4NWs5dDZl |
| 209 | KAYTRANADA | Spit It Out (feat. Rochelle Jordan) | picknsavestores | SR0000991871 | https://www.instagram.com/p/DJXmh4ZuAwr |
| 210 | KAYTRANADA | Spit It Out (feat. Rochelle Jordan) | mymetromarket | SR0000991871 | https://www.instagram.com/p/DJXmh4ZuAwr |
| 211 | KAYTRANADA | Spit It Out (feat. Rochelle Jordan) | mentionables_eats | SR0000991871 | https://www.instagram.com/p/DJXmh4ZuAwr |
| 212 | Kelli Trainor; Meghan Trainor | Mom (feat. Kelli Trainor) | marianosmarket | SR0000775409 | https://www.instagram.com/p/DJhMahxRs_D/ |
| 213 | Kelly Clarkson | Underneath the Tree | rulerfoods | SR0000736604 | https://www.instagram.com/p/C0hHwabMacQ/ |
| 214 | Kelly Clarkson | Underneath the Tree | marianosmarket | SR0000736604 | https://www.instagram.com/p/C1SYHGUPvLt |
| 215 | Kelly Clarkson | Underneath the Tree | marianosmarket | SR0000736604 | https://www.instagram.com/p/DDvaT_gP50z |
| 216 | Kilima Hawaiians | Polynesian Wonderland | murrayscheese | Pre-1972 | https://www.instagram.com/p/DKNyX16Se6G/ |
| 217 | Klingande | Jubel | murrayscheese | SR0000741847 | https://www.facebook.com/reel/1219710402715345 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 218 | Klingande | Jubel - Radio Edit; Jubel | murrayscheese | SR0000741847 | https://www.tiktok.com/@murrayscheese/video/7515169041808510238 |
| 219 | Kostas Papadopoulos | Zorba the Greek | krogerdfw | Covered by the Berne Convention. | https://www.instagram.com/p/DE5fIBiynMb |
| 220 | La Bouche | Be My Lover | metromarket | SR0000217885 | https://www.facebook.com/reel/1762292721343931 |
| 221 | Latto | Big Energy | murrayscheese | SR0000940580 | https://www.instagram.com/p/ChGN5q5Ap9N |
| 222 | Latto | Big Energy | marianosmarket | SR0000940580 | https://www.instagram.com/p/CjJ5KmNDbqx |
| 223 | Latto | Big Energy | marianosmarket | SR0000940580 | https://www.instagram.com/p/Cw3xfH-rzLg/ |
| 224 | Lauryn Hill | I Gotta Find Peace of Mind (Live) | realhomechef | SR0000317127 | https://www.instagram.com/stories/realhomechef/3886302613042112573 |
| 225 | LEN | Steal My Sunshine | krogerdfw | SR0000179345 | https://www.instagram.com/p/CkvzfLZuQoj |
| 226 | LEN | Steal My Sunshine | rulerfoods | SR0000179345 | https://www.instagram.com/p/Cs1QvY-Afg2 |
| 227 | Lil Bow Wow feat. Jermaine Dupri, Fabolous & Fundisha | Basketball | krogerdfw | PA0001106371 | https://www.instagram.com/stories/highlights/17981022326270170 |
| 228 | Lil Nas X & Jack Harlow | INDUSTRY BABY | marianosmarket | SR0000909058 | https://www.instagram.com/p/CY7HP6VqfSL |
| 229 | Lil Nas X & Jack Harlow | INDUSTRY BABY | Vitacost | SR0000909058 | https://www.instagram.com/p/DH_lB5pRFF6 |
| 230 | Little Mix | Love Me Like You | realhomechef | SR0000772960 | https://www.tiktok.com/@realhomechef/video/7327374779332234538 |
| 231 | Lizzy McAlpine | Spring Into Summer | kroger | SR0001019102 | https://www.tiktok.com/@kroger/video/7502233337705123115 |
| 232 | Lonestar | I'm Already There | murrayscheese | SR0000298550 | https://www.tiktok.com/@murrayscheese/video/7292114296388177198 |
| 233 | Los Tres | Claus | realhomechef | Covered by the Berne Convention. | https://www.tiktok.com/@realhomechef/video/7235009328938306859 |
| 234 | Luther Vandross | Never Too Much | marianosmarket | SR0001036338 | https://www.instagram.com/p/DA1LLqPtB1X |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 235 | Macklemore; Fall Out Boy; Martin Garrix | Summer Days (feat. Macklemore & Patrick Stump of Fall Out Boy) | murrayscheesebar | SR0000851595 | https://www.instagram.com/p/C-TXcQGvpL7/ |
| 236 | Mari Froes & TRINIX | Vaitimbora | realhomechef | Covered by the Berne Convention. | https://www.instagram.com/stories/realhomechef/3910194849651003290 |
| 237 | Mari Froes & TRINIX | Vaitimbora | realhomechef | Covered by the Berne Convention. | https://www.instagram.com/stories/realhomechef/3910195270666878444 |
| 238 | Mariah Carey | All I Want For Christmas Is You | marianosmarket | SR0000207178 | https://www.instagram.com/p/ClmK9_Ej-cp |
| 239 | Mariah Carey | All I Want For Christmas Is You | marianosmarket | SR0000207178 | https://www.tiktok.com/@marianosmarket/video/7176795402069642542 |
| 240 | Mariah Carey | All I Want For Christmas Is You | kroger | SR0000207178 | https://www.tiktok.com/@kroger/video/7310280212367838507 |
| 241 | Mariah Carey | All I Want For Christmas Is You | rulerfoods | SR0000207178 | https://www.instagram.com/p/C0ug6okOf_W/ |
| 242 | Mariah Carey | All I Want For Christmas Is You | fredmeyerjewelers | SR0000207178 | https://www.instagram.com/p/C0usR4gPj9I |
| 243 | Mariah Carey | All I Want For Christmas Is You | murrayscheese | SR0000207178 | https://www.instagram.com/p/DASAbw1xcIT |
| 244 | Mariah Carey | All I Want For Christmas Is You | fredmeyerjewelers | SR0000207178 | https:/www.instagram.com/p/DCSALmqySgY/ |
| 245 | Mariah Carey | All I Want For Christmas Is You | fredmeyerjewelers | SR0000207178 | https://www.facebook.com/reel/3382802458523590 |
| 246 | Mariah Carey | All I Want For Christmas Is You | Kroger | SR0000207178 | https://www.tiktok.com/@kroger/video/7442784862970449194 |
| 247 | Mariah Carey | All I Want For Christmas Is You | murrayscheese | SR0000207178 | https://www.facebook.com/murrayscheese/videos/585057320842496/ |
| 248 | Mariah Carey | All I Want For Christmas Is You | fredmeyerjewelers | SR0000207178 | https://www.instagram.com/p/DRm8UpSD5Y-/ |
| 249 | Mariah Carey | Christmas (Baby Please Come Home) | rulerfoods | SR0000207178 | https://www.facebook.com/reel/374505258290569 |
| 250 | Mariah Carey | Christmas (Baby Please Come Home) | vitacost | SR0000207178 | https://www.instagram.com/p/DSKiNHCAPw7 |
| 251 | Mariah Carey | Fantasy | picknsavestores | SR0001007427 | https://www.instagram.com/stories/picknsavestores/3808531757709221000 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 252 | Mariah Carey feat. O.D.B. | Fantasy | marianosmarket | SR0001007427 | https://www.instagram.com/p/CdWOSdSj5pe |
| 253 | Mark Ronson & RAYE | Suzanne | picknsavestores | SR0001051916 | https://www.instagram.com/stories/picknsavestores/3907156540486770288 |
| 254 | Marshall Jefferson & Solardo | Move Your Body | marianosmarket | SR0000698514 | https://www.tiktok.com/@marianosmarket/video/6943976631249669382 |
| 255 | Marvin Sapp | Thank You For It All | marianosmarket | Registration pending. | https://www.instagram.com/stories/marianosmarket/3814317930864009615 |
| 256 | McFadden & Whitehead | Ain't No Stoppin' Us Now | marianosmarket | SR0000015840 | https://www.instagram.com/p/C3fwxGFLdvr |
| 257 | McFadden & Whitehead | Ain't No Stoppin' Us Now | flos_favorites | SR0000015840 | https://www.instagram.com/p/C3fwxGFLdvr |
| 258 | Meghan Trainor | Christmas Party | krogerdfw | SR0000957155 | https://www.instagram.com/p/DR7Ya3SEb7C |
| 259 | Meghan Trainor | NO | kroger | SR0000755410 | https://www.tiktok.com/@kroger/video/7213519434286239018 |
| 260 | Meghan Trainor feat. Kelli Trainor | Mom | marianosmarket | SR0000775409 | https://www.instagram.com/p/C64F6INrFn6 |
| 261 | Michael Jackson | Don't Stop 'Til You Get Enough | murrayscheese | SR0000011105 | https://www.facebook.com/murrayscheese/videos/1312112756371711/ |
| 262 | Michael Jackson | Don't Stop 'Til You Get Enough | mymetromarket | SR0000011105 | https://www.instagram.com/stories/highlights/17970329270718021 |
| 263 | Michael Jackson | Thriller | marianosmarket | SR0000041965 | https://www.instagram.com/p/CzFAfY9v734 |
| 264 | Mickey & Sylvia | Love Is Strange | mymetromarket | Pre-1972 | http://www.instagram.com/p/DYI5sywREA5 |
| 265 | Miguel | Sure Thing | realhomechef | SR0000673073 | https://www.tiktok.com/@realhomechef/video/7210903898708823342 |
| 266 | Miguel | Sure Thing (sped up) | rulerfoods | SR0000673073 | https://www.facebook.com/reel/692190406369786 |
| 267 | Miley Cyrus | Flowers | marianosmarket | SR0000962790 | https://www.instagram.com/p/CnruoODKczB |
| 268 | Miley Cyrus | Flowers | harristeeter | SR0000962790 | https://www.instagram.com/stories/harristeeter/3627536361789591258 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 269 | Miley Cyrus | Flowers | homeswithalicia | SR0000962790 | https://www.instagram.com/stories/harristeeter/3627536361789591258 |
| 270 | Moe Bandy | Deep In The Heart Of Texas | krogerdfw | SR0000036682 | https://www.instagram.com/stories/krogerdfw/3818118176262170672 |
| 271 | Nas | Get Down | marianosmarket | SR0000332713 | https://www.instagram.com/p/C-lIf81vCh0 |
| 272 | Natasha Bedingfield | Pocketful of Sunshine | fredmeyersjewelers | SR0000637077 | https://www.tiktok.com/@fmj_fredmeyerjewelers/video/7378931223483157791 |
| 273 | Natasha Bedingfield | Unwritten | rulerfoods | SR0000967839 | https://www.instagram.com/p/C3YfGTYK0Lj |
| 274 | Natasha Bedingfield | Unwritten | 84.51 | SR0000967839 | https://www.instagram.com/p/C7RRTJxOOWD |
| 275 | Natasha Bedingfield | Unwritten (Johnny Vicious Club Mix) | kroger | SR0000967839 | https://www.youtube.com/watch?v=cePuoA5tv38 |
| 276 | Natasha Bedingfield | Unwritten (Radio Mix) | rulerfoods | SR0000967839 | https://www.facebook.com/reel/719734946940408 |
| 277 | Nick Youre, Dazy | Sunroof | nutriologa_realista | SR0000935417 | https://www.tiktok.com/@nutriologa_realista/video/7090189507311586603 |
| 278 | Nicky Youre & Dazy | Sunroof | krogerdfw | SR0000935417 | https://www.instagram.com/p/CxoQypQvwfE |
| 279 | Nicky Youre, dazy & 24kGoldn | Sunroof | marianosmarket | SR0000935417 | https://www.instagram.com/p/Cia_8qVDjt7 |
| 280 | Outkast | Hey Ya! | marianosmarket | SR0000340520 | https://www.facebook.com/marianosmarket/videos/524700288990637/ |
| 281 | Outkast | Hey Ya! | marianosmarket | SR0000340520 | https://www.facebook.com/marianosmarket/videos/1729659601009303/ |
| 282 | Outkast | Hey Ya! | marianosmarket | SR0000340520 | https://www.facebook.com/marianosmarket/videos/1654289525451646/ |
| 283 | Outkast | Hey Ya! | murrayscheese | SR0000340520 | https://www.facebook.com/reel/1015573310686810 |
| 284 | Outkast | Hey Ya! | pick'nsave | SR0000340520 | https://www.facebook.com/reel/746554958044215 |
| 285 | Outkast | Hey Ya! | marianosmarket | SR0000340520 | https://www.instagram.com/stories/marianosmarket/3701874057872502764 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 286 | Outkast | Hey Ya! | marianosmarket | SR0000340520 | https://www.instagram.com/stories/marianosmarket/3703728876417441210 |
| 287 | Outkast | Hey Ya! (Instrumental) | marianosmarket | SR0000340520 | https://www.instagram.com/stories/marianosmarket/3910688213350338135/ |
| 288 | Outkast | Hey Ya!; Hey Ya! - Instrumental | marianosmarket | SR0000340520 | https://www.instagram.com/p/DH9XxU-vdmB/ |
| 289 | Outkast | Hey Ya!; Hey Ya! - Instrumental | murrayscheese | SR0000340520 | https://www.instagram.com/p/DJISvNOSNIz/ |
| 290 | Outkast | Hey Ya!; Hey Ya! - Radio Mix / Club Mix | marianosmarket | SR0000340520 | https://www.instagram.com/p/Ca0NDynjqef/ |
| 291 | Outkast | So Fresh, So Clean | privateselection | SR0000340520 | https://www.tiktok.com/@privateselection/video/7455403284061375774 |
| 292 | Outkast | So Fresh, So Clean | marianosmarket | SR0000306711 | https://www.instagram.com/stories/marianosmarket/3784647165428719649 |
| 293 | Outkast | Hey Ya! (Instrumental) | marianosmarket | SR0000306711 | https://www.instagram.com/stories/marianosmarket/3900055499106491331 |
| 294 | Outkast | Hey Ya! | mymetromarket | SR0000340520 | http://www.facebook.com/reel/9869302463158888 |
| 295 | Paul Russell | Lil Boo Thang | realhomechef | SR0000979764 | https://www.instagram.com/p/CvvhGHWtH7w |
| 296 | Paul Russell | Lil Boo Thang | marianosmarket | SR0000979764 | https://www.instagram.com/p/CwTeuH9q4EW |
| 297 | Paul Russell | Lil Boo Thang | murrayscheesebar | SR0000979764 | https://www.instagram.com/p/Cwc9oafJNpM/ |
| 298 | Paul Russell | Lil Boo Thang | marianosmarket | SR0000979764 | https://www.instagram.com/p/CxyhV9bPxAx |
| 299 | Percy Faith | Theme from "A Summer Place" | murrayscheese | Pre-1972 | https://www.instagram.com/p/CwQq-vEpPI- |
| 300 | Percy Faith | Theme from "A Summer Place" | krogerdfw | Pre-1972 | https://www.instagram.com/p/DNqgKWNR_iY |
| 301 | Percy Faith & His Orchestra | Theme from "A Summer Place" | krogerdfw | Pre-1972 | https://www.instagram.com/stories/krogerdfw/3864363463619769926 |
| 302 | Perry Como | It's A Lovely Day Today | marianosmarket | Pre-1972 | https://www.instagram.com/p/CmKNWzpDzbD |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 303 | Perry Como and The Fontane Sisters with Mitchell Ayres & His Orchestra | It's Beginning to Look a Lot Like Christmas | murrayscheese | Pre-1972 | https://www.tiktok.com/@murrayscheese/video/7426452733533621535 |
| 304 | Pitbull | Hotel Room Service | rulerfoods | SR0000641804 | https://www.instagram.com/p/CpgE4tRAUX4/ |
| 305 | Pitbull | Hotel Room Service | marianosmarket | SR0000629043 | https://www.instagram.com/p/CkuQ5fxjGL1 |
| 306 | Pitbull | Hotel Room Service | RulerFoods | SR0000629043 | https://www.instagram.com/stories/highlights/18138957328292031 |
| 307 | Pitbull | Hotel Room Service | rulerfoods | SR0000629043 | https://www.facebook.com/reel/163999059785322 |
| 308 | Pitbull | Time of Our Lives | kroger | SR0000763598 | https://www.youtube.com/watch?v=QfVNh5sIeeU |
| 309 | Pockets | So Delicious | murrayscheese | SR0000011872 | https://www.facebook.com/murrayscheese/videos/1118643816519982/ |
| 310 | Pockets | So Delicious | marianosmarket | SR0000011872 | https://www.instagram.com/stories/marianosmarket/3735336389018714157 |
| 311 | Poney Express | Les petits matins | kroger | Covered by the Berne Convention. | https://www.youtube.com/watch?v=ngcJ1dU7VHA |
| 312 | Prince | Let's Work (Dance Remix) | murrayscheese | SR0000030445 | https://www.instagram.com/stories/murrayscheese/3891136464734503515 |
| 313 | Ray Parker Jr. | Ghostbusters | krogerdfw | SR000058036 | https://www.instagram.com/stories/krogerdfw/3911625830304733921 |
| 314 | Redbone | Come and Get Your Love | murrayscheese | N10916 | https://www.instagram.com/p/C2sz5AGR2ey |
| 315 | Redbone | Come and Get Your Love | picknsavestores | N10916 | https://www.instagram.com/p/DUjPNCHEbu_ |
| 316 | Redbone | Come and Get Your Love | krogerdfw | N10916 | https://www.instagram.com/stories/krogerdfw/3846873113942623843 |
| 317 | Redbone | Come and Get Your Love | mymetromarket | N10916 | https://www.instagram.com/p/DUjPNCHEbu_ |
| 318 | Redbone | Come and Get Your Love | ouu.whatscooking | N10916 | https://www.instagram.com/p/DUjPNCHEbu_ |
| 319 | Redbone | Come and Get Your Love | krogerdfw | N10916 | https://www.instagram.com/p/DVitpNeEX0W/ |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 320 | Redbone | Come and Get Your Love | marianosmarket | N10916 | https://www.instagram.com/p/DUjPNCHEbu_/ |
| 321 | Ricchi E Poveri | Sarà perché ti amo | murrayscheese | Covered by the Berne Convention. | https://www.instagram.com/p/C-LOIQ8xs_T |
| 322 | Rick Ross; USHER | Lemme See; Lemme See (feat. Rick Ross) | vitacost | SR0000731104 | https://www.instagram.com/p/C50vdpQACcl/ |
| 323 | Ricky Martin | Livin' La Vida Loca | krogerdfw | SR0000278159 | https://www.instagram.com/p/DVRlXtziQJ7 |
| 324 | Ricky Martin | Livin' La Vida Loca | krogerdfw | SR0000278159 | https://www.instagram.com/p/DVRlXtziQJ7 |
| 325 | Ritt Momney | Put Your Records On | marianosmarket | SR0000906018 | https://www.instagram.com/p/CJ9mn9IDJn6/ |
| 326 | Rocky Orchestra | Gonna Fly Now | krogerdfw | SR0000305753 | https://www.instagram.com/p/C90smzeBRQp |
| 327 | Rod Wave | Heart On Ice | officialmarianos | SR0000899301 | https://www.tiktok.com/@officialmarianos/video/6836909513589738757 |
| 328 | Rosemary Clooney | Mambo Italiano | marianosmarket | Pre-1972 | https://www.instagram.com/p/DKk8ua5ygbT |
| 329 | Roy Orbison | In Dreams | fredmeyerjewelers | Pre-1972 | https://www.instagram.com/p/CyOVRYXxbp_ |
| 330 | RUN-DMC | Peter Piper | krogerco | SR0000124846 | https://www.instagram.com/p/DI1PMPxR4LI/ |
| 331 | RUN-DMC | Peter Piper | krogerco | SR0000124846 | https://www.instagram.com/p/DJUtWz7xOoB/ |
| 332 | RUN-DMC | Walk This Way | rulerfoods | SR0000124846 | https://www.instagram.com/p/CjIiJtWAaDT |
| 333 | RUN-DMC | Peter Piper | fredmeyerstores | SR0000124846 | https://www.instagram.com/p/DJUtWz7xOoB/ |
| 334 | RUN-DMC | Peter Piper | ralphsgrocery | SR0000124846 | https://www.instagram.com/p/DJUtWz7xOoB/ |
| 335 | Ruth B. | Dandelions | fredmeyerjewelers | SR0000805313 | https://www.facebook.com/reel/103876309338534 |
| 336 | Samuel Jack | Feels Like Summer | murrayscheesebar | SR0000914071 | https://www.instagram.com/p/CtAKu-UgPI3/ |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 337 | Samuel Jack | Feels Like Summer | murrayscheese | SR0000914071 | https://www.instagram.com/p/C8c4y7GSe_3 |
| 338 | Samuel Jack | Feels Like Summer | marianosmarket | SR0000914071 | https://www.instagram.com/stories/marianosmarket/3678144902547230924 |
| 339 | Samuel Jack | Feels Like Summer | krogerdfw | SR0000914071 | https://www.instagram.com/stories/krogerdfw/3900470464468677435 |
| 340 | Santana | Smooth (feat. Rob Thomas) | rulerfoods | SR0000289833 | https://www.instagram.com/p/Ctzbk5KgTBa |
| 341 | Seph Schlueter | Counting My Blessings (Acoustic) | krogerdfw | SR0001054210 | https://www.instagram.com/p/DRplI4hiZbW |
| 342 | Shakira | She Wolf | marianosmarket | SR0000644417 | https://www.instagram.com/p/CzkYkcGLLIs |
| 343 | Shakira | She Wolf | marianosmarket | SR0000644417 | https://www.instagram.com/p/C1GT3TJLVgm |
| 344 | Shakira & Burna Boy | Dai Dai | marianosmarket | Registration pending. | https://www.instagram.com/p/DaLfUPUBmSZ/ |
| 345 | Shakira & Burna Boy | Dai Dai | lafundidora | Registration pending. | https://www.instagram.com/p/DaLfUPUBmSZ/ |
| 346 | Sigala & Mae Muller & Caity Baser feat. Stefflon Don | Feels This Good | krogerdfw | SR0000963763 | https://www.instagram.com/p/Cvf8icFvhH4 |
| 347 | Skee-Lo | I Wish | kroger | SR0000225334 | https://www.youtube.com/watch?v=Z45vZSLrGJY |
| 348 | Sparky Deathcap | September | marianosmarket | Covered by the Berne Convention. | https://www.instagram.com/p/Cr6FXAMA-Ri |
| 349 | Sparky Deathcap | September | fredmeyerjewelers | Covered by the Berne Convention. | https://www.instagram.com/p/C2FuTRTPe-R |
| 350 | SWV feat. Wu-Tang Clan | Anything (Old Skool Radio Version) | kroger | SR0000146905 | https://www.youtube.com/watch?v=Z45vZSLrGJY |
| 351 | SZA | Chill Baby | picknsavestores | SR0001030510 | https://www.instagram.com/p/DFK-WbhOF33 |
| 352 | SZA | Good Days | murrayscheese | SR0000941199 | https://www.tiktok.com/@murrayscheese/video/7350758421144243502 |
| 353 | SZA | Good Days | privateselection | SR0000941199 | https://www.tiktok.com/@privateselection/video/7524389867518725407 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 354 | SZA | Prom | rulerfoods | SR0000808830 | https://www.instagram.com/p/C1GTEUPM4Oz/ |
| 355 | SZA | Snooze | vitacost.com | SR0000955469 | https://www.tiktok.com/@vitacost.com/video/7351787998318431518 |
| 356 | SZA | Chill Baby | mymetromarket | SR0001030510 | https://www.instagram.com/p/DFK-WbhOF33 |
| 357 | SZA | Chill Baby | marianosmarket | SR0001030510 | https://www.instagram.com/p/DFK-WbhOF33 |
| 358 | SZA | Chill Baby | ouu.whatscooking | SR0001030510 | https://www.instagram.com/p/DFK-WbhOF33 |
| 359 | Teddy Wilson; Billie Holiday | April In My Heart (with Teddy Wilson & His Orchestra) - Take 2 | murrayscheese | Pre-1972 | https://www.instagram.com/p/DIZ1c9IS7wN/ |
| 360 | The Bangles | Manic Monday | murrayscheesebar | SR0000068534 | https://www.instagram.com/p/CyefDe-vPvf/ |
| 361 | The Chainsmokers | Roses | Vitacost | SR0000775062 | https://www.instagram.com/p/Cpt32A7AB6V |
| 362 | The Hollies | Long Cool Woman (In a Black Dress) | vitacost.com | Pre-1972 | https://www.youtube.com/watch?v=GPEJPHYj2js |
| 363 | The Lovin' Spoonful | Do You Believe in Magic? | citymarket | Pre-1972 | https://www.facebook.com/watch/?v=186235143165522 |
| 364 | The Lovin' Spoonful | Do You Believe in Magic? | bakers | Pre-1972 | https://www.facebook.com/reel/866182630806189 |
| 365 | The Lovin' Spoonful | Do You Believe in Magic? | dillons | Pre-1972 | https://www.facebook.com/reel/2906104766291654 |
| 366 | The Lovin' Spoonful | Do You Believe in Magic? | Ralphs | Pre-1972 | https://www.facebook.com/reel/163781475453557 |
| 367 | The Lovin' Spoonful | Do You Believe in Magic? | frysfoodstores | Pre-1972 | https://www.facebook.com/reel/684594582241183 |
| 368 | The Lovin' Spoonful | Do You Believe in Magic? | PickNSaveStores | Pre-1972 | https://www.facebook.com/PickNSaveStores/videos/400128224515338/ |
| 369 | The Lovin' Spoonful | Do You Believe in Magic? | kingscoopers | Pre-1972 | https://www.facebook.com/reel/410424950089447 |
| 370 | The Outfield & Diplo | Your Love (Diplo Remix) | mymetromarket | SR0001005935 | https://www.instagram.com/stories/mymetromarket/3815086246096360012 |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 371 | The Psychedelic Furs | Pretty In Pink | fredmeyerjewelers | SR0000030300 | https://www.instagram.com/p/DKA9Uj8ypSK |
| 372 | The Ronettes | Be My Baby | marianosmarket | Pre-1972 | https://www.instagram.com/stories/marianosmarket/3798569256905308166 |
| 373 | The Ronettes | Sleigh Ride | rulerfoods | Pre-1972 | https://www.instagram.com/p/Cl1Q0WjAm9G/ |
| 374 | The Ronettes | Sleigh Ride | marianosmarket | Pre-1972 | https://www.instagram.com/p/Cl7YhUpjYY1/ |
| 375 | The Ronettes | Sleigh Ride | marianosmarket | Pre-1972 | https://www.instagram.com/p/Cl9Fvi4Jav9 |
| 376 | The Ronettes | Sleigh Ride | rulerfoods | Pre-1972 | https://www.instagram.com/p/CmCJ7Tsgmdy |
| 377 | The Ronettes | Sleigh Ride | marianosmarket | Pre-1972 | https://www.instagram.com/p/C0faq8pL6Ex |
| 378 | The Ronettes | Sleigh Ride | marianosmarket | Pre-1972 | https://www.instagram.com/p/C0-vdO_uWv2 |
| 379 | The Ronettes | Sleigh Ride | murayscheese | Pre-1972 | https://www.instagram.com/p/C1C-sqKRHo8 |
| 380 | The Ronettes | Be My Baby | Krogerdfw | Pre-1972 | https://www.instagram.com/p/DUoW2HWDM_v/ |
| 381 | The White Stripes | Seven Nation Army | rulerfoods | SR0000340181 & SR0001020961 | https://www.facebook.com/RulerFoods/videos/1321229628450581/ |
| 382 | TLC | Creep | kroger | SR0000198743 | https://www.youtube.com/watch?v=Z45vZSLrGJY |
| 383 | Toto | Georgy Porgy | murrayscheese | SR0000004838 | https://www.instagram.com/p/CqoWzWFAqWy |
| 384 | Tyler Childers | All Your'n | krogerdfw | SR0000856362 | https://www.instagram.com/p/DS0Oa3MD-9Q |
| 385 | Tyler, The Creator | BEST INTEREST | rulerfoodsofficial | SR0000866941 | https://www.tiktok.com/@rulerfoodsofficial/video/7324868201731329310 |
| 386 | Tyler, The Creator | Ring Ring Ring | krogerdfw | SR0001055270 | https://www.instagram.com/p/DN_Oq2TDbme |
| 387 | Usher | Yeah! | kroger | SR0000354784 | https://www.youtube.com/watch?v=QfVNh5sIeeU |

| # | SME Artist | SME Track | Posted By | SR Number | Link |
|---|---|---|---|---|---|
| 388 | Wham! | Last Christmas | murrayscheese | SR0000829451 | https://www.tiktok.com/@murrayscheese/video/7580132327322291486 |
| 389 | Wham! | Last Christmas | murrayscheese | SR0000829451 | https://www.tiktok.com/@murrayscheese/video/7583080626304142623 |
| 390 | Whitney Houston | I'm Every Woman | fredmeyerjewelers | SR0000152583 | https://www.instagram.com/p/C4Qgz5eLTnX |
| 391 | Wizkid | Mood | marianosmarket | SR0000996864 | https://www.instagram.com/p/CecVy4Fjo2x |
| 392 | ZHU | Faded | kroger | SR0000764575 | https://www.tiktok.com/@kroger/video/7280215039070440746 |